| | |
|---|---|
| 1 | KRISTEN T. GALLAGHER (NSBN 9561) |
| | McDONALD CARANO LLP |
| 2 | 2300 West Sahara Avenue, Suite 1200 |
| | Las Vegas, Nevada 89102 |
| 3 | Telephone: (702) 873-4100 |
| | kgallagher@mcdonaldcarano.com |
| 4 | |
| | *Attorneys for Defendants Roberto's Taco* |
| 5 | *Shop LLC & Roberto Robledo Pinal* |
| | *1994 Trust* |



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCIO BANCALARI, an Individual; | Case No.: 2:19-cv-01333-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| ROBERTO'S TACO SHOP LLC, a Nevada Limited Liability Company, ROBERTO ROBLEDO PINAL 1994 TRUST, a Foreign Trust Entity, ALFONSO PINALES-HERNANDEZ, an Individual, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Defendants Roberto's Taco Shop LLC ("Roberto's Tacos") & Roberto Robledo Pinal 1994 Trust ("Pinal Trust") and plaintiff Rocio Bancalari, by and through their respective undersigned counsel, hereby agree, stipulate and respectfully request that the Court extend the deadline for Roberto's Tacos and the Pinal Trust to answer or otherwise respond to the Complaint from September 27, 2019 to October 10, 2019.

The parties agree to the extension to permit Roberto's Tacos and the Pinal Trust to fully evaluate the allegations in the Complaint so that they can prepare an appropriate response. This is the parties' first request to extend the deadline. The undersigned represent that this stipulation is not designed for purposes of delay.

For this reason, the parties respectfully request that the Court grant the stipulated extension.

DATED this 24th day of September, 2019.

| McDONALD CARANO LLP | RYAN ALEXANDER, CHTD. |
|---|---|
| By: /s/ *Kristen T. Gallagher* <br> Kristen T. Gallagher (NSBN 9561) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> kgallagher@mcdonaldcarano.com | By: /s/ *Ryan Alexander* <br> Ryan Alexander (NSBN 10845) <br> 3017 West Charleston Blvd., Suite 58 <br> Las Vegas, NV 89102 <br> Telephone: (702) 868-3311 <br> ryan@ryanalexander.us |
| *Attorneys for Defendants Roberto's Taco Shop LLC & Roberto Robledo Pinal 1994 Trust* | *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2019