# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROCIO BANCALARI,

    Plaintiff(s),

v.

ROBERTO'S TACO SHOP, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-01333-GMN-NJK

**ORDER**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than December 4, 2019.

    IT IS SO ORDERED.

    Dated: November 27, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge

1